UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                       :

SIGNATURE CLEANING SERVICES, INC.,     :

               Plaintiff,,      :

                       :          22-CV-3122 (JMF)

       -v-              :

                       :             ORDER

FEDERAL INSURANCE COMPANY et al.,     :

               Defendants.    :

                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the Court's Order granting an extension of the deadline to answer or otherwise respond to the Complaint as to all Defendants, *see* ECF No. 20, the deadline for Plaintiff to respond to Defendant Federal Insurance Company's motion to stay and compel arbitration, ECF No. 21, is extended to fourteen days after the new answer deadline, or **June 29, 2022**.  For avoidance of doubt: Plaintiff should not respond to the motion until the other Defendants have responded to the Complaint — because, among other things, the Court may consolidate briefing in the event that either of the other Defendants also moves to compel arbitration.

      Defendants are directed to serve a copy of this Order on Plaintiff and to file proof of service by no later than **May 31, 2022**.  Counsel for Plaintiff is directed to appear no later than **June 3, 2022**.

      SO ORDERED.

Dated: May 26, 2022
      New York, New York
                                   JESSE M. FURMAN
                                United States District Judge