WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP
Andrews S. Lewner, Esq.
1201 RXR Plaza
Uniondale, New York 11566
(516) 622-9200
alewner@westermanllp.com
*Attorneys for Plaintiff Signature Cleaning Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
SIGNATURE CLEANING SERVICES, INC.,

                    Plaintiff,                Case No.: 1:22-cv-3122 (JMF)

  -against-

CINCINNATI INSURANCE COMPANY,

**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

                    Defendant.
-------------------------------------------------------------------X

**WHEREAS** on March 2, 2022, Plaintiff, Signature Cleaning Services, Inc. ("Plaintiff") filed its Complaint in this action against Federal Insurance Company, The Cincinnati Insurance Company and The Hanover Insurance Company ("Defendants") in the Supreme Court of the State of New York, County of New York.

**WHEREAS** on April 15, 2022, Federal Insurance Company filed a Notice of Removal to remove this action to the United State District Court for the Southern District of New York.

**WHEREAS** Plaintiff has voluntarily dismissed without prejudice the claim asserted against Federal Insurance Company and The Hanover Insurance Company.

**WHEREAS** Plaintiff seeks to file its First Amended Complaint which removes the causes of action previously asserted against Federal Insurance Company and Hanover Insurance Company and which seeks to supplement Plaintiff's allegations, but which does not add new causes of action.

**WHEREAS** a copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit "A."

**IT IS HEREBY STIPULATED**, by and between Plaintiff and defendant Cincinnati Insurance Company ("Remaining Defendant"), by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file its First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

2. Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

Dated: July 18, 2022　　　　　　　WESTERMAN BALL EDERER
　　　　　　　　　　　　　　　　　MILLER ZUCKER & SHARFSTEIN, LLP

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Andrews S. Lewner, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Signature Cleaning Services, Inc.*

Dated: July 18, 2022　　　　　　　BAILEY CAVALIERI

　　　　　　　　　　　　　　　　　By: __*S/Mark C. Stephenson*_____
　　　　　　　　　　　　　　　　　　　　Mark C. Stephenson, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*Cincinnati Insurance Company*

02613442

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, Signature Cleaning Services, Inc. is granted leave to amend to file its First Amended Complaint, a copy of which is attached hereto as Exhibit "A".

**IT IS ALSO ORDERED** that Defendant Cincinnati Insurance Company's responsive pleadings shall be due thirty (30) days after the First Amended Complaint is filed.

**IT IS FURTHER ORDERED** that the First Amended Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED     Plaintiff is directed to file its First Amended Complaint as a stand-alone document on ECF, with the exhibits filed as attachments.

Dated: July 19, 2022                                  _____
                                                       United States District Judge