**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SIGNATURE CLEANING SERVICES, INC.,                :
                                                  :
             Plaintiff,                       :        22-CV-03122 (OTW)
                                                  :
             -against-                        :        **ORDER**
                                                  :
FEDERAL INSURANCE COMPANY ET AL,                  :
                                                  :
             Defendants.                     :
                                                  :
                                                  :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Defendant The Cincinnati Insurance Company filed a motion to stay on July 23, 2022. (ECF 41). Defendant's motion to stay is **DENIED**. The Court finds no reason to stay the case for potential arbitration against a different Defendant.

A case management conference will be held on **Thursday, October 20, 2022 at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at http://nysd.uscourts.gov/judge/Wang, and file it via ECF one week before the Initial Conference, i.e., by **October 13, 2022**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted one week before the Initial Conference, i.e., by **October 13, 2022**. The letter shall be filed via ECF. Counsel shall familiarize themselves with the Court's individual rules, available at http://nysd.uscourts.gov/judge/Wang.

The Clerk of Court is respectfully directed to close ECF 41.

**SO ORDERED.**

Dated: September 13, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge