**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

SIGNATURE CLEANING SERVICES, INC.,         :
                                           :
                    Plaintiff,             :            22-CV-03122 (OTW)
                                           :
                 -against-                 :            **ORDER**
                                           :
FEDERAL INSURANCE COMPANY ET AL,           :
                                           :
                    Defendants.            :
                                           :
                                           :
-----------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The parties report a global mediation scheduled to commence on April 26, 2023. (ECF

63). The case is hereby **STAYED** until **April 30, 2023**. The parties are directed to file a joint status

letter by **May 1, 2023**.

        **SO ORDERED.**


                                                   _s/ Ona T. Wang_____
Dated: March 6, 2023                               **Ona T. Wang**
       New York, New York                          United States Magistrate Judge