**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| SIGNATURE CLEANING SERVICES, INC., | : | |
| Plaintiff, | : | 12-CV-03122 (OTW) |
| -against- | : | **ORDER** |
| FEDERAL INSURANCE COMPANY ET AL, | : | |
| Defendants. | : | |

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court's **STAY** expired on April 30, 2023. (ECF 64). The STAY is hereby **LIFTED**.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: July 21, 2023
New York, New York

**Ona T. Wang**
United States Magistrate Judge